| | |
|---|---|
| 1 | STEVEN G. KALAR |
|   | Federal Public Defender |
| 2 | DIANA A. GARRIDO |
|   | Assistant Federal Public Defender |
| 3 | 160 West Santa Clara Street |
|   | Suite 575 |
| 4 | San Jose, CA 95113 |
|   | Telephone: (408) 291-7753 |
| 5 | |
|   | Counsel for Defendant VEGA-CRUZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA, ) No. CR 12-00719 EJD
)
    Plaintiff, ) STIPULATION AND [~~PROPOSED~~]
) ORDER CONTINUING HEARING DATE
vs. ) AND EXCLUDING TIME UNDER THE
) SPEEDY TRIAL ACT
JOSE ERNESTO VEGA-CRUZ, )
)
    Defendant. )
)
_____)

    The defendant, Jose Ernesto Vega-Cruz, represented by Assistant Federal Public Defender Diana A. Garrido, and the government, represented by Special Assistant United States Attorney Meredith J. Edwards, hereby stipulate that, with the Court's approval, the status conference currently set for Monday, November 19, 2012 at 1:30 p.m., shall be continued to Monday, December 3, 2012 at 1:30 p.m.

    The continuance is requested to provide both defense counsel and the government with additional time to review discovery and to negotiate an appropriate resolution. The continuance would provide both parties with the reasonable time necessary for effective preparation.

///

///

Stipulation and [Proposed] Order
CR 12-00719 EJD                             1

Accordingly, both parties respectfully request that the time between November 19, 2012 and December 3, 2012 be excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO STIPULATED.

                                                STEVEN G. KALAR
                                                Federal Public Defender

                                                /s/

Dated: November 9, 2012             DIANA A. GARRIDO
                                                Assistant Federal Public Defender

                                                MELINDA HAAG
                                                United States Attorney

                                                /s/

Dated: November 9, 2012             MEREDITH J. EDWARDS
                                                Special Assistant United States Attorney

1 [PROPOSED] ORDER

2

3    Pursuant to agreement and stipulation of the parties, the Court HEREBY ORDERS that
4 the time between November 19, 2012 and December 3, 2012 is excluded under the Speedy Trial
5 Act, 18 U.S.C. §3161. The Court finds, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), that
6 the failure to grant the requested continuance would unreasonably deny counsel reasonable time
7 necessary for effective preparation, taking into account the exercise of due diligence.
8 Furthermore, the Court finds that the ends of justice served by granting the requested continuance
9 outweigh the best interest of the public and the defendant in a speedy trial. The Court therefore
10 concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and
11 (B)(iv).
12 IT IS SO ORDERED.
13 DATED: November 13, 2012                                    _____
                                                                THE HONORABLE EDWARD J. DAVILA
14                                                              United States District Judge